IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 94-cv-00653-WDM

JAMES E. VIOROL, et al.,

    Plaintiffs,

v.

THE AMERICAN FEDERATION OF HUMAN RIGHTS, et al.,

    Defendants.

_____

**ORDER TO AMEND JUDGMENT**
_____

On appeal of the judgment entered in this matter on November 23, 1999, the Court of Appeals reversed my award of nominal damages in favor of the Defendants and against certain Plaintiffs. Pursuant to the Mandate of the Court of Appeals it is ordered that an amended judgment be entered deleting the award of nominal damages of $1 to the Defendant American Federation of Human Rights, and that the amended judgment indicate that all counterclaims were denied and judgment enter in favor of the Plaintiffs on the counterclaims.

    DATED at Denver, Colorado, on October 1, 2009.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States Senior District Judge